IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REBECCA MARTOS,

    Plaintiff,

v.                                                                                                              No. 22-cv-0221 GBW/SMV

LAS CRUCES PUBLIC SCHOOLS
BOARD OF EDUCATION,

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:       June 17, 2022, at 10:30 a.m. MDT

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **June 17, 2022, at 10:30 a.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of the case and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    IT IS SO ORDERED.

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**