IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**REBECCA MARTOS,**

    Plaintiff,

v.                                                    No. 22-cv-0221 GBW/SMV

**LAS CRUCES PUBLIC SCHOOLS**
**BOARD OF EDUCATION,**

    Defendant.

## ORDER STAYING PROCEEDINGS

**THIS MATTER** is before the Court upon stipulation of the parties, at a status conference held on June 17, 2022, to stay the proceedings for 90 days to permit the parties to pursue alternative dispute resolution in a related case, *Las Cruces Public Schools v. Martos, et al*, 22-cv-0219 GBW/SMV.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that these proceedings are stayed until September 15, 2022.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a status report to the Court by August 31, 2022, advising the Court on the status of the related case, *Las Cruces Public Schools v. Martos, et al*, 22-cv-0219 GBW/SMV, and whether the parties either have settled this matter or wish to participate in a settlement conference.

**IT IS FURTHER ORDERED** that the stay of these proceedings will automatically expire on September 15, 2022, unless any party wishing to extend the stay files a motion to extend the stay no later than September 15, 2022.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**