**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

REBECCA MARTOS,

    Plaintiff,

v.                                                                           No. 22-cv-0221 GBW/SMV

LAS CRUCES PUBLIC SCHOOLS
BOARD OF EDUCATION,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time:**     October 3, 2022, at 1:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **October 3, 2022, at 1:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference and further be prepared to discuss how the case should proceed, e.g., discovery, briefing, etc.

    **IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**