UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECCA MARTOS, Parent,
on behalf of K.M., Student,

     Plaintiff,

                                           No. 2:22-cv-00221-GBW-SMV

vs.

LAS CRUCES PUBLIC SCHOOLS
BOARD OF EDUCATION,

     Defendant.

---

## STIPULATED ORDER STAYING PROCEEDINGS

---

**THIS MATTER** came before the Court upon the Defendant's Unopposed Motion for Stay of Proceedings (the "Motion") filed in this matter on October 14, 2022 (Doc. 21).  The Court having considered the Motion and being otherwise duly advised, FINDS that the Motion is unopposed, is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that these proceedings are stayed until December 16, 2022, or until final resolution of the pending related case, *Las Cruces Public Schools v. Martos et al.*, No. 22-cv-00219 GBW-SMV, whichever comes later.

**IT IS FURTHER ORDERED** that Plaintiff shall submit a status report to the Court promptly upon final resolution of the related case, *Las Cruces Public Schools v. Martos et al.*, No.

1

22-cv-00219 GBW-SMV, or if there is no resolution of that case before December 16, 2022, shall by that date submit a status report describing the status of that case.

**IT IS FURTHER ORDERED** that the stay of these proceedings will automatically expire on December 16, 2022, or upon a final resolution of Case No. 22-cv-00219 GBW-SMV, whichever is later, unless any party wishing to extend the stay files a motion to extend the stay no later than two (2) weeks following the date the stay automatically expires.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge